FILED

01/23/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0747

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0747

ROBERT DANIEL MAXIN,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 3, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 23 2025